UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRILOGY MARKETING, INC.,

    Plaintiff,

v.                                                Case No. 12-13967

MEMSIC, INC.,

    Defendant.
                                                     /

**ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION, AND DEFENDANT'S MOTION FOR LEAVE TO FILE A RESPONSE**

Following the court's "Opinion and Order Granting In Part and Denying In Part Plaintiff's Motion for Summary Judgment," Plaintiff Trilogy Marketing, Inc., ("Trilogy") moves for partial reconsideration of the court's opinion and order. In its motion for reconsideration, Trilogy asks that the court reconsider its decision to set a briefing schedule to determine the amount of damages owed, and instead enter an order finding Trilogy entitled to summary judgment in the amount of $326,229.82. However, in its November 20, 2013 order, the court directed that "[a] briefing schedule will be set by the court to determine the amount of damages due to Trilogy for unpaid commissions resulting from Memsic's sales to Autoliv from August 2011 to February 2013." (Pg. ID 1689.) Trilogy's attempt to circumvent the court's order by arguing the issue of damages through a motion for reconsideration is not well-taken. *See* E.D. Mich. Local R. 7.1(h). A briefing schedule on the issue of damages will be set at the December 11, 2013 status conference. Accordingly,

    IT IS ORDERED that Trilogy's Motion for Reconsideration is DENIED. [Dkt. # 40]

IT IS FURTHER ORDERED that Defendant's "Motion for Leave to File a Response" is DENIED as moot. [Dkt. # 41]

      s/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated:  December 11, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, December 11, 2013, by electronic and/or ordinary mail.

      s/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522