# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

TRILOGY MARKETING, INC.,

    Plaintiff,

v.                                       Case No. 12-13967

MEMSIC, INC.,

    Defendant.

_____

### ORDER CANCELLING TELEPHONE CONFERENCE
### AND ORDER FOR WRITTEN STATUS REPORT

In lieu of a telephone status conference, the parties are DIRECTED to prepare and file a joint status report in the wake of the court's denial of Defendant's Motion for Reconsideration on November 10, 2014 {Dkt. #61], and the withdrawal of attorney David Cole [Dkt. #63].   The report should be filed not later than April 24, 2015.

    **IT IS ORDERED** that the April 16, 2015 status conference is **CANCELLED.**

                                               S/Robert H. Cleland
                                             ROBERT H. CLELAND
                                             UNITED STATES DISTRICT JUDGE

Dated:  April 14, 2015

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, April 14, 2015, by electronic and/or ordinary mail.

                                         S/Lisa Wagner
                                     Case Manager and Deputy Clerk
                                     (313) 234-5522